377 A.2d 999

Lincoln Bank v. Billings et ux., Appellants.

Argued June 14, 1977.

Richard D. Malmed, with him Hepburn, Ross, Willcox & Putnam, for appellants; Stephen M. Dranoff, with him Barry N. Shaw, for appellee.

Order affirmed.

SPAETH, J., dissents.

377 A.2d 999

McDowell Appeal.

Argued June 17, 1977. J. Eric Atherholt, Assistant Public Defender, with him Arthur R. Sagoskin, Assistant Public Defender, for appellant; Stephen B. Harris, First Assistant District Attorney, with him Kenneth G. Biehn, District Attorney, for appellee.

Order affirmed.

VAN der VOORT, J., did not participate in the consideration or decision of this case.